# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-8273-TJJ |
| ) | |
| v. ) | |
| ) | |
| CHUNQUI WU ) | |
| a/k/a Kelly, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through Kim I. Flannigan, Assistant United States Attorney for the District of Kansas, moves the Court for an order to unseal the above referenced case.

WHEREFORE, the United States requests that the case in the above-captioned case be unsealed.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

 *s/ Kim I. Flannigan*
KIM I. FLANNIGAN, #13407
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
Kim.Flannigan@usdoj.gov
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019 I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system.

*s/ Kim I. Flannigan*
KIM I. FLANNIGAN
Assistant United States Attorney
