
## *United States District Court*
### DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CHUNQIU WU** )<br>a/k/a Kelley, )<br>)<br>**Defendant.** ) | **CASE NUMBER:** 19-20078-01-CM/TJJ |

### **INDICTMENT**

### COUNT 1

On or about November14, 2019, in the District of Kansas and elsewhere, the defendant,

**CHUNQIU WU**
**a/k/a KELLEY,**

knowingly attempted to transport an individual in interstate commerce for the purpose of engaging in prostitution, and in sexual activity for which any person could be charged with a criminal offense, namely Kansas Statute Annotated § 21-6420 (Promoting Prostitution), in violation of Title 18 United States Code, Sections 2421(a).

A TRUE BILL.


Dated: December 11, 2019        /s/ *Foreperson*
                                FOREPERSON


*s/ Kim I. Flannigan*, KS Bar. No. 13407 for
STEPHEN R. MCALLISTER

United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Stephen.McAllister@usdoj.gov
(913) 551-6730
(913) 551-6541 (fax)
Ks. S. Ct. No. 15845

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Count 1**     **Transportation with intent to engage in illicit sexual conduct, 18 U.S.C. §2421(a),**

- NMT 10 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee
- $5,000 JVTA Fee