IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.            Case No. 2:19CR20078-001-JAR

CHUNQIU WU,
\*\*\*-\*\*-2294

    Defendant,

  and

BANK MIDWEST
Attn: Legal Department
1525 18th Street
Spirit Lake, IA 51360,

    Garnishee.

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The Plaintiff, United States of America, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ Of Continuing Garnishment upon the judgment, Doc. 32, entered against the Defendant CHUNQIU WU, in the above captioned action in the amount of $55,100.00 and post-judgment interest at the rate of 0.110% per annaum.  A balance of $54,504.97 remains outstanding.  Defendant's last known address is Overland Park, KS, 66214.

Pursuant to the Plea Agreement, para. 7(h), Defendant CHUNQIU WU has waived any requirement for demand of payment on any restitution, fine, assessment, or forfeiture judgment entered by the Court.  Doc. 25.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

    BANK MIDWEST
    Attn: Legal Department
    1525 18th Street
    Spirit Lake, IA 51360

    Respectfully submitted,

    STEPHEN R. McALLISTER
    United States Attorney

    s/ Kathryn E.Sheedy
    KATHRYN E. SHEEDY
    Assistant United States Attorney
    Ks. S.Ct. No. 22867
    290 Federal Bldg.
    444 SE Quincy Street
    Topeka, Kansas  66683-3592
    PH:  785-295-2850
    FX:  785-295-2853
    Email:  Kathryn.sheedy@usdoj.gov
    Attorneys for the Defendant