

**FILED**
MAR 15 2021
TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

          Plaintiff,

v.                            Case No. 2:19CR20078-001-JAR

CHUNQIU WU,
\*\*\*-\*\*-2294

          Defendant,

     and

NEW YORK LIFE INSURANCE AND ANNUITY CORP
(a Delaware Corporation)
PO Box 922
NEW YORK, NY 10159-0922,

          Garnishee.

## ANSWER OF THE GARNISHEE

_Howard McDonald_, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

**IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business under the name of

_____ at the following address:

_____.

**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a member of a partnership composed of _____, of

which Garnishee is a partner.

**IF GARNISHEE IS A CORPORATION:**

That he/she is the _Senior Specialist_ of Garnishee, _New York Life Insurance Co._
            (Official Title)

A corporation organized under the laws of the State of _New York_.

ANSWER THE FOLLOWING QUESTIONS:

On __March 9__, 2021, Garnishee was served with the Writ of Continuing Garnishment.

DEFENDANT IS EMPLOYEE:

1. ____ Yes __X__ No Defendant was in my/our employ on the date of service of the Writ Of Continuing Garnishment.

2. Defendant's pay period: ___ weekly ___ bi-weekly ___ semi-monthly ___ monthly. The pay period in effect on the date of service of the Writ Of Garnishment began on _____ and ended/will end on _____.

3. Calculate the amount of net wages below:

   Gross Pay                                          $_____
   Less Deductions:
       Federal income tax            $_____
       F.I.C.A. income tax           $_____
       State income tax              $_____
       TOTAL Tax Withholdings        $_____
   Net Wages (Gross Pay Less Total Tax Deductions)   $_____

4. Yes____ No____ There is a previous garnishments in effect as described below:
   Case Name _____ Court No. _____
   Name of Court _____ Amount due under order _____
   Order is Continuing _____ or is in effect from _____ to _____

NON-WAGE PROPERTY

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

   | Description of Property | Approximate Value | Description of Debtor's Interest In Property |
   |---|---|---|
   | 1. IRA account | $26,118.46 | Owner |
   | 2. | | |
   | 3. | | |

2

6.     Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

          <u>Amount</u>           <u>Estimate date or Period Due</u>

     1. $_____  _____

     2. $_____  _____

**IF YOU, GARNISHEE, DENY YOU HOLD PROPERTY SUBJECT TO THIS ORDER**

7.     Check the applicable line below if you deny that you hold property subject to this order of garnishment.

    _____ The Garnishee makes the following claim of exemption on the part of Defendant:
_____.

    _____ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:
_____.

    _____ The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, CHUNQIU WU, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

                                                   Howard McDonald    03/10/2021
                                                   Garnishee, or representative of Garnishee

State Of_____)
                               )
County Of_____)

Subscribed and sworn to before me this\_\_\_\_\_ day of _____, 2021.

    (Seal)
                                                    Notary Public

My Commission expires:

Due to the current pandemic we are unable to have this document notarized.