**New York Life Insurance Company**
51 Madison Avenue
New York, NY 10010
Bus: (888) 695-4944
Fax: (855) 882-0917

**Howard McDonald**

March 11, 2021

United States District Court Clerk
500 State Avenue, Room 259
Kansas City, KS 66101

**Re: Citation to Discover Assets**
**Case No.: 2:19CR20078-001-JAR**

To Whom It May Concern:

This is in response to the recently received Citation to Discover Assets regarding the above-mentioned case.

Enclosed is the completed Answer of Third Party Citation Respondent. Please note Mr. Chunqiu Wu is neither an agent nor employee of New York Life. He is the owner of an IRA account with the Company. As a result of the Citation, New York Life has placed restrictions on Mr. Wu's account. If you are closing your file in regards to the Citation, please forward a Release so records may be cleared.

If you should have any question regarding this matter, please feel to contact me at (888) 695-4944.

Sincerely,

Howard McDonald
Senior Specialist