

**New York Life Insurance Company**
51 Madison Avenue, New York, NY 1001

**CERTIFIED MAIL®**



7020 1810 0001 2001 2661

NEOPOST
03/11/2021
US POSTAGE $004.11



ZIP 10010
041M11457853

First Class

RECEIVED

MAR 15 2021

CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

66101-243099