IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                                            Case No. 2:19CR20078-001-JAR

CHUNQIU WU,

        Defendant.

    v.

BANK MIDWEST
a division of NBH Bank
Attn: Legal Department
7800 East Orchard Road, Ste. 200
Greenwood Village, CO 80111,

        Garnishee.

## GARNISHEE ORDER

Comes now Plaintiff, United States of America, by Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney, moving the Court for a Motion for Garnishee Order, Doc. 51, against the Defendant Chunqiu Wu.

The Court, upon review of the file and pleadings **grants** Plaintiff's Motion for Garnishee Order, Doc. 51.

In granting this Motion, the Court herein finds as follows:

1.      An Amended Writ of Continuing Garnishment, Doc. 40, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Amended Writ of Continuing Garnishment, the Garnishee, Bank Midwest, a division of NBH Bank. filed an Answer on April 12, 2021, Doc. 46, stating that at the time of the service of the Amended Writ it had in its possession

or under its control personal property belonging to and due Defendant, in the form of a CD IRA Account with an approximate value of $23,474.83.

2. More than twenty (20) days have elapsed since the Garnishee's Answer and more than twenty (20) days have passed since the Defendant and all potentially interested persons have been served. No one has filed a claim for any exemption, filed an objection, or requested a hearing

**THE COURT THEREFORE ORDERS** that Garnishee, Bank Midwest, a division of NBH Bank shall liquidate the cash value of the Defendant's CD IRA Account and pay that amount to the Plaintiff. Payment should be made payable to the "Clerk, U.S. District Court," and forwarded to United States District Court Clerk, 401 N. Market, Room 204, Wichita, KS 67202.

**IT IS SO ORDERED.**

Dated: May 6, 2021

 S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

DUSTON J. SLINKARD
Acting United States Attorney

s/ Kathryn E.Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
290 Federal Bldg.
444 SE Quincy Street
Topeka, Kansas  66683-3592
PH:  785-295-2850
FX:  785-295-2853
Email:  Kathryn.sheedy@usdoj.gov
Attorneys for the United States