IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          Case No.  2:19CR20078-001-JAR

CHUNQIU WU
***-**-2294

        Defendant,

and

BANK MIDWEST
a division of NBH Bank
Attn: Legal Department
7800 East Orchard Road, Ste. 200
Greenwood Village, CO 80111,

        Garnishee.

## MOTION FOR ORDER RELEASING GARNISHMENT
## AND FINAL ACCOUNTING OF PAYMENTS

Plaintiff United States of America, by Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney, moves the Court for an order releasing the garnishment filed February 23, 2021, Doc. 40.

In support of this motion the United States represents the following:

1.     The Garnishee had in its possession or under its control personal property belonging and due Defendant Wu, in the form of a CD IRA Account. The Defendant's account has been liquidated and funds paid over to the Plaintiff.

2.     A total of $23,474.83 has been collected as a result of the garnishment.

WHEREFORE, Plaintiff United States requests this garnishment (Doc. 40) be released, and that the Garnishee, Bank Midwest, a division of NBH Bank be released and discharged as Garnishee.

    Respectfully submitted,

    DUSTON J. SLINKARD
    Acting United States Attorney

    s/ Kathryn E.Sheedy
    KATHRYN E. SHEEDY
    Assistant United States Attorney
    Ks. S.Ct. No. 22867
    290 Federal Bldg.
    444 SE Quincy Street
    Topeka, Kansas 66683-3592
    PH:  785-295-2850
    FX:  785-295-2853
    Email:  Kathryn.sheedy@usdoj.gov
    Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Carl E. Cornwell, II

I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants:

BANK MIDWEST
a division of NBH Bank
Attn: Legal Department
7800 East Orchard Road, Ste. 200
Greenwood Village, CO 80111

BANK MIDWEST
a division of NBH Bank
Attn: Garnishment Department
1111 Main Street, Ste. 2650
PO Box 26368
Kansas City, MO 64105

    s/ Kathryn E.Sheedy
    KATHRYN E. SHEEDY
    Assistant United States Attorney