IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                        Case No. 2:19CR20078-001-JAR

CHUNQIU WU,

        Defendant.

    v.

METLIFE, INC.
dba Metropolitan Life Insurance Company
200 Park Avenue
New York, NY 10166,

        Garnishee.

## MOTION FOR ORDER RELEASING GARNISHMENT AND FINAL ACCOUNTING OF PAYMENTS

Plaintiff United States of America, by Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney, moves the Court for an order releasing the garnishment filed April 16, 2021, Doc. 48.

In support of this motion the United States represents the following:

1. Garnishee, MetLife, Inc., dba Metropolitan Life Insurance Company has notified Plaintiff United States that it was unable to locate any accounts records for Defendant Chunqiu Wu.

2. A total of $0.00 has been collected as a result of the garnishment.

WHEREFORE, Plaintiff United States requests this garnishment (Doc. 48) be released, and that the Garnishee MetLife, Inc., dba Metropolitan Life Insurance Company be released and discharged as Garnishee.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

s/ Kathryn E.Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
290 Federal Bldg.
444 SE Quincy Street
Topeka, Kansas  66683-3592
PH:  785-295-2850
FX:  785-295-2853
Email:  Kathryn.sheedy@usdoj.gov
Attorneys for the United States

CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Carl E. Cornwell, II

I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants:

METLIFE, INC.
dba Metropolitan Life Insurance Company
200 Park Avenue. 4th Floor
New York, NY 10166

s/ Kathryn E.Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney