IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                       Case No.  2:19CR20078-001-JAR

CHUNQIU WU
***-**-2294

        Defendant,

  and

BANK MIDWEST
a division of NBH Bank
Attn: Legal Department
7800 East Orchard Road, Ste. 200
Greenwood Village, CO 80111,

        Garnishee.

## ORDER RELEASING GARNISHMENT
## AND FINAL ACCOUNTING OF PAYMENTS

This matter is before the Court for decision on Plaintiff's Motion for an Order Releasing Garnishment and Final Accounting of Payments. Doc. 55.  Plaintiff United States appears by and through Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney.

The Court, upon review of the file and pleadings herein **grants** Plaintiff's Motion for Order Releasing Garnishment and Final Accounting of Payments.  Doc. 55.

The Court examined the file and pleadings in this case and finds the following:

1.       The Garnishee had in its possession or under its control personal property belonging and due Defendant Wu, in the form of a CD IRA Account. The Defendant's account has been liquidated and funds paid over to the Plaintiff.

2

    2.    A total of $23,474.83 has been collected as a result of the garnishment.

**THE COURT THEREFORE ORDERS** that the garnishment is released, and that the Garnishee, Bank Midwest, a division of NBH Bank is released and discharged as Garnishee.

**IT IS SO ORDERED.**

Dated: June 22, 2021

                                  S/ Julie A. Robinson
                                  JULIE A. ROBINSON
                                  CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

s/ Kathryn E.Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
290 Federal Bldg.
444 SE Quincy Street
Topeka, Kansas  66683-3592
PH:  785-295-2850
FX:  785-295-2853
Email:  Kathryn.sheedy@usdoj.gov
Attorneys for the United States