IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                               Case No. 2:19CR20078-001-JAR

CHUNQIU WU,

        Defendant.

   v.

METLIFE, INC.
dba Metropolitan Life Insurance Company
200 Park Avenue
New York, NY 10166,

        Garnishee.

## ORDER RELEASING GARNISHMENT
## AND FINAL ACCOUNTING OF PAYMENTS

      This matter is before the Court for decision on Plaintiff's <u>Motion for an Order Releasing Garnishment and Final Accounting of Payments.</u> Doc. 56.  Plaintiff United States appears by and through Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney.

      The Court, upon review of the file and pleadings herein **grants** Plaintiff's <u>Motion for Order Releasing Garnishment and Final Accounting of Payments</u>.  Doc. 56.

      The Court examined the file and pleadings in this case and finds the following:

      1.     Garnishee, MetLife, Inc., dba Metropolitan Life Insurance Company has notified Plaintiff United States that it was unable to locate any accounts records for Defendant Chunqiu Wu.

2.  A total of $0.00 has been collected as a result of the garnishment.

**THE COURT THEREFORE ORDERS** that the garnishment is released, and that the Garnishee MetLife, Inc., dba Metropolitan Life Insurance Company is released and discharged as Garnishee.

**IT IS SO ORDERED.**

Dated: June 22, 2021

 S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

s/ Kathryn E.Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
290 Federal Bldg.
444 SE Quincy Street
Topeka, Kansas  66683-3592
PH:  785-295-2850
FX:  785-295-2853
Email:  Kathryn.sheedy@usdoj.gov
Attorneys for the United States